■ JULES REINER, Doing Business as REINER REALTY CO., et al., Respondents, v. WILLIAM MEYERS et al., Defendants, and LOUIS J. GLICKMAN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Settle order fixing date for examination to

proceed. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.